Scottlynn J Hubbard, IV, SBN 212970
Stephanie L. Ross, SBN 297840
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: usdceast@hubslaw.com

Attorneys for Plaintiff Brenda Pickern

Randall C. Nelson, SBN 138298
**CARR KENNEDY PETERSON & FROST**
420 Redcliff Drive
Redding, CA 96049
Telephone: (530) 222-2100
Facsimile: (530) 222-0504
Email: rnelson@ckpf.com

Attorneys for Defendant DJS Partners, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PICKERN,<br><br>　　　Plaintiff,<br><br>v.<br><br>DJS PARTNERS, LLC dba VALERO,<br><br>　　　Defendant. | Case No. 2:15-cv-00150-WBS-CMK<br><br>**JOINT STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER**<br><br>Date: September 28, 2015<br>Time: 2:00 p.m.<br>Crtm: 5-14th Floor<br><br>Honorable Judge William B. Shubb |

*Pickern v. DJS Partners, LLC*                                                    Case No. 2:15-cv-00150-WBS-CMK
Joint Stipulation to Continue Status Conference and Order
Page 1 of 2

IT IS HEREBY STIPULATED by and between the parties through their respective attorneys of record, Plaintiff Brenda Pickern, by Scottlynn J Hubbard IV, of the Disabled Advocacy Group, APLC, and Defendant DJS Partners, LLC, by Randall C. Nelson, of the Carr Kennedy Peterson & Frost, that the Status Conference presently set for September 28, 2015, at 2:00 p.m., continued to January 19, 2016, at 2:00 p.m., and the deadline to file the Amended Joint Status Report changed from September 14, 2015 to January 5, 2016.

Dated: September 11, 2015         DISABLED ADVOCACY GROUP, APLC

*/s/*Scottlynn J Hubbard IV
Scottlynn J Hubbard IV
Attorneys for Plaintiff Brenda Pickern

Dated: September 11, 2015         CARR KENNEDY PETERSON & FROST

*/s/*Randall C. Nelson
Randall C. Nelson
Attorneys for Defendant DJS Partners, LLC

## ORDER

IT IS HEREBY ORDERED that the Scheduling Conference presently set for September 28, 2015, at 2:00 p.m., is continued to January 19, 2016, at 2:00 p.m., and the deadline to file the Amended Joint Status Report changed from September 14, 2015 to January 5, 2016.

Dated: September 14, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

*Pickern v. DJS Partners, LLC*                Case No. 2:15-cv-00150-WBS-CMK
Joint Stipulation to Continue Status Conference and Order
Page 2 of 2