**Randall C. Nelson, State Bar No. 138298**
**CARR, KENNEDY, PETERSON & FROST**
**A Law Corporation**
**420 Redcliff Drive**
**Redding, California  96002**
**Email: rnelson@ckpf.com**
**530/222-2100; FAX: 530/222-0504**

**Attorneys for Defendant**
**DJS Partners, LLC dba Valero**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PICKERN, ) | NO. 2:15-CV-00150-WBS-CMK |
| ) | |
| Plaintiff, ) | **JOINT STIPULATION TO CONTINUE** |
| ) | **SETTLEMENT CONFERENCE AND** |
| vs. ) | **STATUS CONFERENCE AND** |
| ) | **[PROPOSED] ORDER** |
| DJS PARTNERS, LLC dba VALERO, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

      IT IS HEREBY STIPULATED by and between the parties through their respective attorneys of record, plaintiff Brenda Pickern by Scottlynn J Hubbard IV of the Disabled Advocacy Group, APLC, and defendant DJS Partners, LLC by Randall C. Nelson of Carr, Kennedy, Peterson & Frost, that the Settlement Conference presently set for December 9, 2015 at 9:30 a.m., be continued to February 24, 2016 at 9:30 a.m. and the Status Conference presently scheduled for January 19, 2016 at 2:00 p.m. be continued to March 14, 2016 at 1:30 p.m. and the deadline to file the Amended Joint Status Report be continued from January 15, 2016 to February 29, 2016.

JOINT STIPULATION TO CONTINUE SETTLEMENT CONF. AND STATUS CONF. AND [PROPOSED] ORDER

DATED:  November 23, 2015

CARR, KENNEDY, PETERSON & FROST

By     /s/Randall C. Nelson
Randall C. Nelson
Attorneys for Defendant
DJS Partners, LLC dba Valero

DATED:  November 23, 2015

DISABLED ADVOCACY GROUP, APLC

By     /s/Scottlynn J Hubbard, IV
Scottlynn J Hubbard, IV
Attorneys for Plaintiff Brenda Pickern

**ORDER**

IT IS HEREBY ORDERED that the Settlement Conference presently set for December 9, 2015 at 9:30 a.m. be continued to March 24, 2015 at 9:30 a.m. in Courtroom 25 (KJN) before Magistrate Judge Kendall J. Newman, and that the Scheduling Conference presently set for January 19, 2016 at 2:00 p.m. be continued to April 11, 2016 at 1:30 p.m., and the deadline to file the Amended Joint Status Report be changed from January 15, 2016 to March 28, 2016.

Dated:  November 25, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE