UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PICKERN, | No. 2:15-cv-150-WBS-CMK |
| Plaintiff, | |
| v. | ORDER |
| DJS PARTNERS, LLC, | |
| Defendant. | |

On February 24, 2016, this case was settled at a settlement conference conducted before the undersigned, with the terms and conditions of settlement placed on the record. (ECF No. 25.) The parties were ordered to file dispositional documents within 45 days. (Id.) To date, although the deadline has long since passed, no dispositional documents have been filed.

Accordingly, IT IS HEREBY ORDERED that:

1. Dispositional documents shall be filed no later than May 20, 2016. Alternatively, the parties shall file a joint statement showing good cause why dispositional documents have not been filed no later than May 20, 2016.

////

////

////

1

2. The parties are cautioned that sanctions may be imposed on any party(ies) or attorney(s) that hinders the timely filing of dispositional documents in this matter.

IT IS SO ORDERED.

Dated: April 26, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2