Scottlynn J Hubbard, SBN 212970
Stephanie L. Ross, SBN 297840
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: usdceast@hubslaw.com

Attorneys for Plaintiff Brenda Pickern

Randall C. Nelson, SBN 138298
**CARR KENNEDY PETERSON & FROST**
420 Redcliff Drive
Redding, CA 96049
Telephone: (530) 222-2100
Facsimile: (530) 222-0504
Email: rnelson@ckpf.com

Attorneys for Defendant DJS Partners, LLC

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brenda Pickern,<br><br>　　　Plaintiff,<br><br>v.<br><br>DJS Partners, LLC dba Valero,<br><br>　　　Defendant. | Case No. 2:15-cv-00150-WBS-CMK<br><br>**Joint Stipulation for Dismissal and [~~Proposed~~] Order Thereon** |

*Pickern v. DJS Partners, LLC*　　　　　　　　　　　　　　Case No. 2:15-cv-00150-WBS-CMK
Joint Stipulation for Dismissal and Order Thereon
Page 1 of 2

TO THE COURT AND ALL PARTIES:

Plaintiff Brenda Pickern and defendant DJS Partners, LLC dba Valero stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: May 16, 2016          DISABLED ADVOCACY GROUP, APLC


                              /s/   Scottlynn J Hubbard
                              Scottlynn J Hubbard
                              Attorneys for Plaintiff Brenda Pickern

Dated: May 16, 2016          CARR KENNEDY PETERSON & FROST


                              /s/   Randall C. Nelson
                              Randall C. Nelson
                              Attorneys for Defendant DJS Partners, LLC

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:15-cv-00150-WBS-CMK, is hereby dismissed with prejudice.

Dated:  May 16, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

*Pickern v. DJS Partners, LLC*                                Case No. 2:15-cv-00150-WBS-CMK
Joint Stipulation for Dismissal and Order Thereon
Page 2 of 2